ACCEPTED
03-14-00663-CV
4180467
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 3:31:14 PM
JEFFREY D. KYLE
CLERK

NO.  03-14-00663-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 3:31:14 PM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

**In the Matter of the Marriage of Tammy Miller Guerra and John R. Guerra
and
In the Interest of T.T.V.G. and I.B.G., Minor Children**

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT,
CAUSE NO. D-1-FM-09-005775, THE HONORABLE AMY CLARK MEACHUM PRESIDING

**APPELLANT'S (1) UNOPPOSED MOTION TO WITHDRAW AND SUBSITTUTE APPELLATE COUNSEL, and (2) FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellant John R. Guerra asks the Court's permission to substitute appellate counsel, and for an extension of time to file his Brief of Appellant.

### I.     MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

1.     Appellant is John Guerra; Appellee is Tammy Miller Guerra.

2.     At trial and the inception of this appeal, Appellant was represented by Michael Burnett of Armbrust & Brown, PLLC.  Michael Burnett has withdrawn from the firm of Armbrust & Brown, PLLC and joined the firm of Piper Burnett Turner Bollier Miller, PLLC. However, Mr. Burnett and his new firm are precluded by a conflict of interest from continuing to represent Appellant in this matter.

3. Accordingly, Michael Burnett and the firm of Armbrust and Brown, PLLC wish to withdraw from representation of Appellant in this matter.

4. As substitute counsel, Appellant has retained Perry Q. Minton and the firm of Minton Burton Bassett & Collins, PC to represent him in connection with this appeal. Mr. Minton's contact information is: Minton Burton Bassett & Collins, PC, 1100 Guadalupe Street, Austin, Texas 78701, Tel: (512) 476-4873, Fax: (512) 476-8913, Pminton@mbfc.com, State Bar No. 24063296.

5. As set forth in the Certificate of Conference below, this request to withdraw and substitute is unopposed.

6. Accordingly, Appellant requests that the Court enter an order permitting Michael Burnett and the firm of Armbrust and Brown, PLLC to withdraw from representing Appellant in this appeal, and substituting Perry Q. Minton and the firm of Minton Burton Bassett & Collins, PC as Appellant's counsel of record in this appeal. Perry Q. Minton will be Appellant's lead counsel.

## II. MOTION FOR EXTENSION OF TIME

7. Appellant's brief was due on January 16, 2015, following the filing of the clerk's record on December 17, 2014. However, Appellant's counsel did not receive notice of the filing of the clerk's record, and as a result, did not schedule the briefing deadline or request an extension of time.

8. As set forth above, Appellant's lead counsel has changed firms and cannot continue to represent Appellant in this appeal. Appellant has retained Perry Q. Minton to represent him in this appeal.

2

9.     On February 6, 2015, the Court issued a notice of late brief, but that notice was not received by counsel due to the change in firm.  On February 16, 2015, the Court forwarded the notice of late brief to counsel's new email address (mburnett@pbtbm.com).

10.     Accordingly, Appellant request an extension of 90 days, *i.e.*, until April 16, 2015, to file his Brief of Appellant.

11.     Appellant requests this extension in light of the substitution of counsel, and so that his new counsel may gain an adequate understanding of the disputed issues.

12.     This extension is sought not for purposes of delay, but rather so that justice may be done and the issues can be properly briefed to this Court.

13.     No previous extension has been requested by Appellant.

14.     Accordingly, Appellant John R. Guerra prays that this unopposed motion be granted, and that the time for filing his Brief of Appellant be extended to April 16, 2015.

Respectfully submitted,

_____/s/ Andrew F. York_____
ANDREW F. YORK
State Bar. No. 24066318
ayork@abaustin.com
**ARMBRUST & BROWN, PLLC**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 435-2300 – telephone
(512) 435-2360 – facsimile

ATTORNEYS FOR JOHN R. GUERRA (subject to motion to withdraw)

3

**CERTIFICATE OF CONFERENCE**

The undersigned counsel hereby certifies, pursuant to Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, that I communicated with Joe Grady Tuck, counsel for Appellee, regarding this motion, and he stated that he DOES NOT OPPOSE the motion to withdraw and substitute, but DOES OPPOSE the motion to extend time.

_____/s/ Andrew F. York_____
ANDREW F. YORK

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this (1) UNOPPOSED MOTION TO WITHDRAW AND SUBSITTUTE APPELLATE COUNSEL, and (2) FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF was filed electronically and served on all counsel below via e-mail in compliance with Tex. R. App. P. 9.5(b) and L.R.3 on the 17th day of February, 2015.

Joe Grady Tuck
906 Main Street
Bastrop, Texas 78602
Facsimile: (512) 321-4946

In addition, I mailed a copy of this motion to John Guerra via certified mail and by first class mail at his last known address, which is 12511 Turkey Ridge Ct., Austin, TX 78729.

_____/s/ Andrew F. York_____
ANDREW F. YORK